An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES HAMLIN BESSETTE,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 68099

**FILED**

JUL 01 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
          DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to compel and a motion to appoint counsel. Eighth Judicial District Court, Clark County; J. Charles Thompson, Judge.

Because no statute or court rule permits an appeal from an order denying the above-mentioned motions, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

---

[1]In light of this order, we direct the clerk of this court to return, unfiled, the pro se document received on June 16, 2015.

15-20045

cc: Chief Judge, The Eighth Judicial District Court
Hon. J. Charles Thompson, Senior Judge
James Hamlin Bessette
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk